

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00115-CV

Julie Chau
v.
Prime Healthcare Services D/B/A Harlingen Medical Center

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2012-DCL-921-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed.  The Court orders the appeal

DISMISSED in accordance with its opinion.  Costs of the appeal are adjudged against

appellant.

We further order this decision certified below for observance.

April 16, 2015